UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY SAMOURIS, et al.,

      Plaintiffs,                               Case No. 19-11215

vs.                                         HON. MARK A. GOLDSMITH

ZF-TRW AUTOMOTIVE HOLDINGS
CORPORATION, et al.,

      Defendants.

_____/

**ORDER VACATING STIPULATION AND ORDER (DKT. 26)**
**AND CONTINUING RESPONSIVE PLEADING DEADLINE**

      This matter is one of many pending in different district courts across the country. Under 28 U.S.C. § 1407, the Judicial Panel on Multidistrict Litigation ("Panel") is considering whether consolidating the cases for pretrial proceedings will promote the just and efficient resolution of the matters. See J.P.M.L. No. 2905. In light of the pending Panel decision on consolidation, the Court will extend the responsive pleading deadline in this case.

      Therefore, the Court **VACATES** its June 24, 2019 Stipulation and Order (Dkt. 26), and **CONTINUES** the time for all named Defendants to respond to Plaintiffs' Complaint until further order of the Court. When the Panel reaches a decision on consolidation, the parties shall have two business days to file a notice in this case setting forth the Panel's decision.

      SO ORDERED.

Dated: July 1, 2019                    s/Mark A. Goldsmith_____
  Detroit, Michigan                  MARK A. GOLDSMITH
                                   United States District Judge